IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-000454-EWN-OES

ANNA VILLANI,

    Plaintiff,

vs.

BEST BUY CO., INC.,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THE COURT, having read the parties' Stipulation for Dismissal with Prejudice, having reviewed the file in this matter, and being otherwise fully apprised of the premises, hereby

ORDERS that the above-captioned case is dismissed with prejudice, each party to pay their respective fees and costs.

DATED this 17th day of October, 2005.

                    BY THE COURT:

                    /s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Court Judge